904 A.2d 858

Troy FREEMAN, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

**No. 51 MAP 2006.**

Supreme Court of Pennsylvania.

July 27, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of July, 2006, the above-captioned appeal is quashed for failure to file a brief.